## UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** NEW YORK

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| AMBA GROUP LLC | § | Case No. 818-76689 REG |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN B. MENDELSOHN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 730,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  535,436.57 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  56,244.50 | |

3) Total gross receipts of $ 591,681.07  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 591,681.07  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 502,010.94 | $ 502,010.94 | $ 502,010.94 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 56,612.84 | 56,612.84 | 56,244.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 0.00 | 0.00 | 33,425.63 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 558,623.78 | $ 558,623.78 | $ 591,681.07 |

4)  This case was originally filed under chapter 7 on  10/04/2018 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/09/2021 _____        By:/s/ALLAN B. MENDELSOHN _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CAUSE OF ACTION - Rahim | 1241-000 | 591,681.07 |
| TOTAL GROSS RECEIPTS | | $ 591,681.07 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | SHELWOL LLC | 4110-000 | NA | 502,010.94 | 502,010.94 | 502,010.94 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 502,010.94 | $ 502,010.94 | $ 502,010.94 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ALLAN B. MENDELSOHN | 2100-000 | NA | 32,334.88 | 32,334.88 | 32,334.88 |
| TRUSTEE EXPENSES:ALLAN B. MENDELSOHN | 2200-000 | NA | 28.55 | 28.55 | 28.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 20.61 | 20.61 | 20.61 |
| CLERK OF THE COURT | 2700-000 | NA | 181.00 | 181.00 | 178.25 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3210-000 | NA | 13,682.50 | 13,682.50 | 13,474.49 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ROSEN & KANTROW, PLLC | 3220-000 | NA | 722.33 | 722.33 | 711.35 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):GARY R. LAMPERT, CPA | 3410-000 | NA | 560.00 | 560.00 | 551.48 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:MALTZ AUCTIONS | 3610-000 | NA | 5,000.00 | 5,000.00 | 4,923.99 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:MALTZ AUCTIONS | 3620-000 | NA | 4,082.97 | 4,082.97 | 4,020.90 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 56,612.84 | $ 56,612.84 | $ 56,244.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SHELWOL LLC | 7990-000 | NA | NA | NA | 33,425.63 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 33,425.63 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

**Exhibit 8**

| | |
|---|---|
| Case No: | 818-76689    REG    Judge: ROBERT E. GROSSMAN |
| Case Name: | AMBA GROUP LLC |
| For Period Ending: | 04/09/21 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Date Filed (f) or Converted (c): | 10/04/18 (f) |
| 341(a) Meeting Date: | 11/05/18 |
| Claims Bar Date: | 02/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| refregerator, stove, microwave, oven, washer, dryer, chandelier | | | | | |
| 2. REAL PROPERTY - New Hyde Park | 730,000.00 | 281,716.67 | | 0.00 | FA |
| 956 North 3rd Street, New Hyde Park, NY Redeemed from estate administration by Debtor and/or Debtor's principal pursuant to terms of February 28, 2019 Stipulation -with court approval per order dated April 4, 2019.. | | | | | |
| 3. CAUSE OF ACTION - Rahim (u) | 0.00 | 591,681.07 | | 591,681.07 | FA |
| Claim against Mansura and/or Tanveer Rahim - resolved by settlement payments pursuant to February 28, 2019 stipulation - sufficient to pay all claims and admin expenses in full - with court approval pursuant to order dated April 4, 2019. | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $730,000.00 | $873,397.74 | | $591,681.07 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigated for equity/liens in real property located in New Hyde Park, NY. 956 North 3rd Street, New Hyde Park, NY

Redeemed from estate administration by Debtor and/or Debtor's principal pursuant to terms of February 28, 2019

Stipulation - with court approval per April 4, 2019 order. Prepared and filed final estate tax returns, Preparing Final

Report. October 15, 2020, 07:48 pm

Initial Projected Date of Final Report (TFR): 06/30/20        Current Projected Date of Final Report (TFR): 12/31/20

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 818-76689  -REG | | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|
| Case Name: | AMBA GROUP LLC | | Bank Name: | Empire National Bank |
| | | | Account Number / CD #: | *******8137  Checking Account |
| Taxpayer ID No: | 80-0671946 | | | |
| For Period Ending: | 04/09/21 | | Blanket Bond (per case limit): | $ 42,742,595.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/19 | 3 | Chase<br>Cashier's Check for<br>Mansura Rahim/Tanveer Rahim | LITIGATION SETTLEMENT PROCEEDS<br>settlement payment pursuant to February 28, 2019<br>stipulation | 1241-000 | 20,000.00 | | 20,000.00 |
| 06/19/19 | 3 | Signature Bank<br>Official Check for<br>Amba Group, LLC  and Tanveer Rahim | LITIGATION SETTLEMENT PROCEEDS<br>Balance of funds required to resolve estate's claims<br>against Mansura Rahim and/or Tanveer Rahim  by<br>settlement payments pursuant to February 28, 2019<br>stipulation - sufficient to pay all claims and admin<br>expenses in full - with court approval pursuant to<br>order dated April 4, 2019. | 1241-000 | 571,681.07 | | 591,681.07 |
| 06/24/19 | 000101 | Shelwol LLC<br>c/o Jacobowitz Newman Tversky LLP<br>377 Pearsal Avenue, Suite C<br>Cedarhurst, NY 11516 | LIEN PAYMENT<br>pursuant to order dated June 24, 2019 | | | 535,436.57 | 56,244.50 |
| | | | Claim        502,010.94 | 4110-000 | | | |
| | | | Interest       33,425.63 | 7990-000 | | | |
| 01/09/20 | 000102 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET - SUITE 420<br>NEW ORLEANS, LA  70139 | TRUSTEE BOND<br>2020 EDNY New York  Chapter 7<br>Bond # 016027942 | 2300-000 | | 20.61 | 56,223.89 |
| 03/16/20 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 56,223.89 | 0.00 |

| | | Page Subtotals | 591,681.07 | 591,681.07 |
|---|---|---|---|---|

Ver: 22.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 818-76689 -REG | |
| Case Name: | AMBA GROUP LLC | |
| Taxpayer ID No: | 80-0671946 | |
| For Period Ending: | 04/09/21 | |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Empire National Bank |
| Account Number / CD #: | *******8137  Checking Account |
| Blanket Bond (per case limit): | $ 42,742,595.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 591,681.07 | 591,681.07 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 56,223.89 | |
| | | | Subtotal | | 591,681.07 | 535,457.18 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 591,681.07 | 535,457.18 | |

Page Subtotals                0.00                0.00

Ver: 22.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

**Exhibit 9**

| | |
|---|---|
| Case No: | 818-76689  -REG |
| Case Name: | AMBA GROUP LLC |
| Taxpayer ID No: | 80-0671946 |
| For Period Ending: | 04/09/21 |

| | |
|---|---|
| Trustee Name: | ALLAN B. MENDELSOHN |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0243  Checking Account |
| Blanket Bond (per case limit): | $ 42,742,595.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/20 | | Trsf In From Empire National Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 56,223.89 | | 56,223.89 |
| 03/26/21 | 001001 | CLERK OF THE COURT<br>U.S. BANKRUPTCY COURT<br>ALFONSE M. D'AMATO U.S. COURTHOUSE<br>290 FEDERAL PLAZA<br>P.O. BOX 9013<br>CENTRAL ISLIP, NY 11722-9013 | SPECIAL CHARGES<br>Sale Motion Fee: $181.00 | 2700-000 | | 178.25 | 56,045.64 |
| 03/26/21 | 001002 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY FEES<br>pursuant to order dated March 26, 2021 | 3210-000 | | 13,474.49 | 42,571.15 |
| 03/26/21 | 001003 | ROSEN & KANTROW, PLLC<br>38 New Street<br>Huntington, NY  11743 | ATTORNEY EXPENSES<br>pursuant to order dated March 26, 2021 | 3220-000 | | 711.35 | 41,859.80 |
| 03/26/21 | 001004 | GARY R. LAMPERT, CPA<br>100 MERRICK ROAD, SUITE 211-W<br>ROCKVILLE CENTRE, NY  11570 | ACCOUNTANT FEES<br>pursuant to order dated March 26, 2021 | 3410-000 | | 551.48 | 41,308.32 |
| 03/26/21 | 001005 | MALTZ AUCTIONS, INC.<br>39 Windsor Place<br>Central Islip, NY  11722 | AUCTIONEER COMMISSION<br>pursuant to order dated March 26, 2021 | 3610-000 | | 4,923.99 | 36,384.33 |
| 03/26/21 | 001006 | MALTZ AUCTIONS, INC.<br>39 Windsor Place<br>Central Islip, NY  11722 | AUCTIONEER EXPENSES<br>pursuant to order dated March 26, 2021 | 3620-000 | | 4,020.90 | 32,363.43 |
| 03/26/21 | 001007 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Compensation/Fees | 2100-000 | | 32,334.88 | 28.55 |
| 03/26/21 | 001008 | ALLAN B. MENDELSOHN<br>38 NEW STREET<br>HUNTINGTON, NY  11743 | Chapter 7 Expenses | 2200-000 | | 28.55 | 0.00 |

| | Page Subtotals | 56,223.89 | 56,223.89 |
|---|---|---|---|

Ver: 22.03a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 818-76689  -REG |
|---|---|
| Case Name: | AMBA GROUP LLC |
| Taxpayer ID No: | 80-0671946 |
| For Period Ending: | 04/09/21 |

| Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0243  Checking Account |
| Blanket Bond (per case limit): | $ 42,742,595.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 56,223.89 | 56,223.89 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 56,223.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 56,223.89 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 56,223.89 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8137 | 591,681.07 | 535,457.18 | 0.00 |
| Checking Account - ********0243 | 0.00 | 56,223.89 | 0.00 |
| | 591,681.07 | 591,681.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 22.03a

LFORM24  **UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*